193 So.2d 531

Reuben F. GRAY et al.

v.

STATE of Louisiana Through the DEPART-
MENT OF HIGHWAYS et al.

No. 48501.

Jan. 20, 1967.

In re: The Department of Highways ap-
plying for certiorari, or writ of review, to
the Court of Appeal, Third Circuit, Parish
of Calcasieu. 191 So.2d 802.

It is ordered that the writ of review is-
sue; that the Court of Appeal send up the
record in duplicate of the case; and that
counsel for plaintiff and defendant be
notified.